IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

LUFKIN DIVISION

| | | |
|---|---|---|
| CHARLES DOUGLAS RABY | § | |
| VS. | § | CIVIL ACTION NO. 9:13-CV-120 |
| PAUL TOLLY, *et al.*, | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Charles Douglas Raby, an inmate currently confined at the Polunsky Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends Plaintiff's motions for default judgment as to all defendants be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED.**

So **ORDERED** and **SIGNED** this **23** day of **September, 2014.**

_____
Ron Clark, United States District Judge