IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

LUFKIN DIVISION

| CHARLES DOUGLAS RABY | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 9:13-CV-120 |
| PAUL TOLLY, *et al.*, | § | |

MEMORANDUM OPINION AND ORDER

Pending before the Court is Plaintiff's Motion for Reconsideration of the Memorandum Opinion and Order entered July 10, 2016 (docket entry no. 147). Plaintiff was appointed counsel on September 5, 2018. Attorney Clay Dean Thomas made a Notice of Appearance on September 26, 2018. As plaintiff is represented by counsel, the current Motion for Reconsideration should be denied, subject to reassertion by Mr. Thomas if deemed necessary. It is, therefore,

**ORDERED** that Plaintiff's Motion for Reconsideration of the Memorandum Opinion and Order entered July 10, 2016 (docket entry no. 147) is **DENIED,** subject to reassertion by Mr. Thomas if deemed necessary.

So **ORDERED** and **SIGNED** December 4, 2018.

_____
Ron Clark, Senior District Judge